JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONIA R. D., | NO. EDCV 24-00049-AGR |
| Plaintiff, | |
| v. | **JUDGMENT** |
| LELAND DUDEK, Acting Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment is entered for the defendant, the Acting Commissioner of Social Security Administration.

DATED: March 12, 2025

_____
ALICIA G. ROSENBERG
United States Magistrate Judge